PROB 12A
(7/93)

# United States District Court
## for
## District of New Jersey
## Report on Offender Under Supervision

Name of Offender: Jeffrey J Legette       Cr.: 11-00823-001
    PACTS #: 60552

Name of Sentencing Judicial Officer:    THE HONORABLE SUSAN D. WIGENTON
    UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 07/21/2014

Original Offense: Convicted Felon in Possession of a Firearm

Original Sentence: 77 months imprisonment, 24 months supervised release, $100 special assessment

Special Conditions: Alcohol/Drug Testing and Treatment

Type of Supervision: Supervised Release      Date Supervision Commenced: 01/27/2017

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | The offender has violated the standard supervision condition which states **'You shall not commit another federal, state, or local crime.'** |
| | On February 18, 2017, Legette was arrested in Passaic, NJ, for possession of a firearm, certain persons not to have weapons, prohibited weapons and devices/possession of dum-dum bullets and resisting arrest. According to the arrest report, police observed when an unknown female handed Legette what appeared to be a gun. Legette ran when he noticed police. There was a short chase during which police also allegedly observed when he threw the gun. Police recovered a Pietro Berretta firearm loaded with eight hollow point bullets. Legette was released on February 19, 2017, pursuant to New Jersey's Bail Reform, and is required to report twice per month to Pretrial Services. |

U.S. Probation Officer Action:

Despite the information in the arrest report, Legette adamantly denies possessing a firearm. He claims that his nephew, Deshawnta Cody, who was also arrested, actually possessed the firearm. Unless Your Honor considers otherwise, we propose that Legette be summoned for a violation of supervised release when the case has been resolved.

Prob 12A – page 2
Jeffrey J Legette

Respectfully submitted,

*Denise Morales*

By: Denise Morales
    U.S. Probation Officer   KJM
Date: 02/28/2017

---

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

☐ No Formal Court Action to be Taken at This Time

☐ Submit a Request for Modifying the Conditions or Term of Supervision

☒ Submit a Request for Warrant or Summons

☐ Other

_____
Signature of Judicial Officer

_____
Date